IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

**JOE SAMUELS,**

                Plaintiff,

    **v.**

**CHC FACILITY, et al.,**

                Defendants.

Case No. 2:18-cv-01107-JAM-EFB (PC)

**[~~PROPOSED~~] ORDER**

**GOOD CAUSE APPEARING,**

**IT IS ORDERED** that Defendants' Motion for Protective Order is **GRANTED**.

**IT IS FURTHER ORDERED** that all discovery in this matter, including discovery that has already been propounded, except that pertaining to the subject of exhaustion, be stayed until the Court rules on Defendants' motion for summary judgment. At which time, the Court will issue a new discovery and scheduling order, if necessary.

Dated: February 14, 2019

_____
The Honorable Edmund F. Brennan

1